IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

DEBORAH SHERMAN,        )
                           )
      Plaintiff,         )
                           )
      v.              )      No. 05-0505-CV-W-DW
                           )
JO ANNE B. BARNHART,    )
Commissioner of Social Security,  )
                           )
      Defendant.      )

**ORDER**

Before this court is Plaintiff's motion for attorneys fees pursuant to 28 U.S.C § 2412, or,
in the alternative, 42 U.S.C. §406(b). (Doc. 17-18.) The Equal Access to Justice Act, 28 U.S.C. §
2412, permits a "prevailing party" to recover attorneys fees in a case brought against the United
States. In this case, Plaintiff's motion to reverse and remand was granted and the ALJ was
ordered to further consider Plaintiff's chronic fatigue syndrome. As a result of the remand order,
Plaintiff is considered a prevailing party. Shalala v. Schaefer, 509 U.S. 292, 309 (1993).
Plaintiff's counsel requests an award of $4,132.50 for 29 hours of work before this court at an
hourly rate of $142.50. Defendant does not oppose an award of attorneys fees pursuant to §
2412.[1] Finding this amount to be reasonable, the Court grants the pending motion and awards
Plaintiff $4,132.50 in attorneys fees.

Plaintiff's motion is for an award under 28 U.S.C. § 2412 or 42 U.S.C. § 406(b).
Defendant opposes an award of attorneys fees under 42 U.S.C. § 406(b) because Plaintiff does

---

[1] 28 U.S.C. § 2412

1

not have evidence of past-due benefits. Because Plaintiff's § 2412 motion for attorneys fees will be granted, this Court need not address Plaintiff's alternative motion under to 42 U.S.C. § 406(b).

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date:   June 5, 2006